NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ADREA, LLC,**

*Plaintiff-Appellee*

**v.**

**BARNES & NOBLE, INC.,
BARNESANDNOBLE.COM LLC, NOOK MEDIA
LLC,**

*Defendants-Appellants*

---

2017-2462

---

Appeal from the United States District Court for the Southern District of New York in No. 1:13-cv-04137-JSR, Judge Jed S. Rakoff.

---

**O R D E R**

---

Before DYK, O'MALLEY, and STOLL, *Circuit Judges.*

PER CURIAM.

Barnes & Noble, Inc., Barnesandnoble.com LLC, and Nook Media LLC appeal from the district court's taxation of costs.

IT IS ORDERED THAT:

The judgment of the district court is affirmed, on the understanding that appellee will stipulate to a reduction in the costs awarded by $10,773 to correct an error.

FOR THE COURT

  May 7, 2018          /s/ Peter R. Marksteiner
    Date               Peter R. Marksteiner
                       Clerk of Court